[No. 5411–6–II.   Division Two.   September 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN
JOAN NORBY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00435–2, John N. Skimas, J., entered
February 6, 1981. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 5639–3–II.   Division Two.   September 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
M. PAULSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 4306, Gerald B. Chamberlin, J., entered
March 5, 1980. *Dismissed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Petrie, J.

[No. 5277–6–II.   Division Two.   September 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
M. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. C–1032, Gerald B. Chamberlin, J.,
entered December 12, 1980. *Affirmed* by unpublished opin-
ion per Petrich, J., concurred in by Reed, C.J., and Petrie,
J.